IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL L. MAPP, | § | |
| | § | No. 452, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID 1403001795 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: November 2, 2015
Decided: November 9, 2015

## **O R D E R**

This 9th day of November 2015, it appears to the Court that, on October 19, 2015, the Senior Court Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice